UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

TRUSTEES OF THE LOCAL 806 STRUCTURAL STEEL
AND BRIDGE PAINTERS OF GREATER NEW YORK
EMPLOYEE TRUST FUNDS and TRUSTEES OF THE
DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY
INSURANCE FUND and TRUSTEES OF THE DISTRICT
COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND
and THE STRUCTURAL STEEL AND BRIDGE PAINTERS
OF GREATER NEW YORK LOCAL UNION NO. 806,

                              Plaintiffs,

              -against-

CASABELLA CONTRACTING OF NY, INC., and
LAURA MARCELA PIGNATARO, Individually and
FRANK PIGNATARO, Individually and
LIBERTY MUTUAL INSURANCE COMPANY,

                              Defendants.
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/30/2022

Index No. 21-cv-9249(NSR)

STIPULATION
DISCONTINUING
THE ACTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the Plaintiffs, Trustees of the Local 806 Structural Steel, et al. and Defendant Frank Pignataro, Individually, in the above-entitled action, that this action is hereby dismissed without costs to either party as against the other.

Dated: September 19, 2022

BARNES, IACCARINO & SHEPHERD LLP

*Dana L. Henke* (signature)

Dana L. Henke, Esq.
Attorney for all Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

MACKEY BUTTS & WISE, LLP

(signature)

Pedro Medina, Jr., Esq.
Attorney for Defendant Frank Pignataro
319 Mill Street
Poughkeepsie, New York 12601
(845) 452-4000

SO ORDERED:

(signature)

NELSON S. ROMÁN
United States District Judge

Dated: September 30, 2022
White Plains, NY