**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRUSTEES OF THE LOCAL 806 STRUCTURAL
STEEL AND BRIDGE PAINTERS OF GREATER
NEW YORK EMPLOYEE TRUST FUNDS,
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY INSURANCE FUND and
TRUSTEES OF THE DISTRICT COUNCIL NO. 9
PAINTING INDUSTRY ANNUITY FUND, and
THE STRUCTURAL STEEL AND BRIDGE
PAINTERS OF GREATER,

                     Plaintiffs,
     -against-                                                 21 **CIVIL** 9249 (NSR)

                                                                         **JUDGMENT**

CASABELLA CONTRACTING OF N.Y., INC.,
LAURA MARCELA PIGNATARO, individually,
FRANK PIGNATARO, individually, and LIBERTY
MUTUAL INSURANCE COMPANY,

                     Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2022, because the only remaining claims in this action all involve state law crossclaims and there is no complete diversity between the parties for purposes of diversity jurisdiction under 28 U.S.C. § 1332, the Court has DISMISSED this action for lack of subject matter jurisdiction without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2022

                                                                  **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                             **BY:**   *K. Mango*

                                                                     **Deputy Clerk**